Official Form 3
(12/03)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Tyra Calloway _____    Case No.   05-06794
                    Debtor(s)    Chapter    13

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1.  In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ 194.00  in installments.

2.  I certify that I am unable to pay the Filing Fee except in installments.

3.  I further certify that I have not paid any money or transferred any property to an attorney for services in connection with this case and that I will neither make any payment nor transfer any property for services in connection with this case until the filing fee is paid in full.

4.  I propose the following terms for the payment of the Filing Fee.*

   $ 50.00    Check one    ■ With the filing of the petition, or
                              □ On or before _____

   $ 50.00    on or before    March 23, 2005

   $ 50.00    on or before    April 22, 2005

   $ 44.00    on or before    May 20, 2005

*   The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5.  I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Date   2-23-05             Signature   _Tyra Jordan-Calloway_
                                            Debtor

/s/ Laurance Stefans
Attorney for Debtor(s)
Laurance Stefans
Stefans, Stefans & Stefans
134 N. LaSalle Street
Chicago, Illinois
60602,
312-726-0174
Fax: 312-726-0276
sstefans@ameritech.net

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DIST

MAR 0 1 2005

KENNETH S. GARDNER, CLERK
PS REP. - SW

Best Case Bankruptcy