```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 06794
   TYRA D CALLOWAY
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
  SSN XXX-XX-7416

------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 02/28/2005 and was confirmed 05/11/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  16.65% from remaining funds.

     The case was paid in full 04/07/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------
CHASE AUTO FINANCE         SECURED           5000.00         587.47         5000.00
WELLS FARGO AUTO FINANCE   SECURED               .00            .00             .00
ECAST SETTLEMENT CORP      UNSECURED         3898.63            .00          649.28
DISCOVER FINANCIAL SERVI   UNSECURED         3398.49            .00          565.98
ECAST SETTLEMENT CORP      UNSECURED         5894.26            .00          981.63
UNION PLUS LOAN PROGRAM    UNSECURED        NOT FILED           .00             .00
WELLS FARGO FINANCIAL AC   NOTICE ONLY      NOT FILED           .00             .00
CHASE AUTO FINANCE         UNSECURED OTH     112.40             .00           18.77
PALISADES COLLECTION LLC   UNSECURED         5410.14            .00          901.00
STEFANS STEFANS & STEFAN   REIMBURSEMENT     144.00             .00          144.00
STEFANS STEFANS & STEFAN   DEBTOR ATTY      2,200.00                        2,200.00
TOM VAUGHN                 TRUSTEE                                            651.87
DEBTOR REFUND              REFUND                                                .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                   RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE           11,700.00

PRIORITY                                     144.00
SECURED                                    5,000.00
    INTEREST                                 587.47
UNSECURED                                  3,116.66
ADMINISTRATIVE                             2,200.00
TRUSTEE COMPENSATION                         651.87
DEBTOR REFUND                                   .00
                   ---------------         ---------------
TOTALS            11,700.00               11,700.00


              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 06794 TYRA D CALLOWAY
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 07/28/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```